NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIAVI SOLUTIONS INC.,**
*Appellant*

**v.**

**PLATINUM OPTICS TECHNOLOGY INC.,**
*Appellee*

---

2024-1937

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01489.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2 VIAVI SOLUTIONS INC. v. PLATINUM OPTICS TECHNOLOGY INC.

(2)  Each side shall bear their own costs.


FOR THE COURT

October 17, 2024
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** October 17, 2024